JS-6



FILED
CLERK, U.S. DISTRICT COURT
MAY 2 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AMADOR, JR., et al.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: CV14-5671 R (AJWx)<br><br>Complaint Filed: July 21, 2014<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL FOR PLAINTFF FRANK AMADOR AND REQUEST FOR COURT APPROVAL<br><br>Trial Date: October 14, 2015<br>Final Pretrial Conf.: September 14, 2015<br>Discovery Cut-Off: August 25, 2015 |

Counsel for the Parties have stipulated to the dismissal of this action as it relates to the claims of the sole remaining plaintiff, FRANK AMADOR. These claims were originally asserted following decertification of two collective actions that sought damages under the Fair Labor Standards Act (FLSA) on behalf of police officers employed by the City of Los Angeles' Police Department (LAPD).[1] Plaintiff FRANK AMADOR's claims were included with those asserted on behalf of 42 additional officers who were also opt-in members of the original collective actions until decertification in May 2014. The claims of the 42 other officers were

---

[1] *Alaniz v. City of Los Angeles* (Case No. 2:04-cv-08592-AG-AJWx) and *Cesar Mata v. City of Los Angeles* (Case No. 2:07-cv-06782-AG-AJWx).

929245.1 LO160-068

[Proposed] Order re Joint Stipulation for Dismissal for Plaintiff Frank Amador and Request for Court Approval

subsequently dismissed due to misjoinder and only the claims of Plaintiff FRANK AMADOR remain actively pending.[2]

The Court has reviewed the Joint Stipulation for Dismissal and is of the opinion that dismissal of Plaintiff FRANK AMADOR's claims for failing to provide discovery responses and for lack of prosecution is fair and appropriate given the circumstances. For the foregoing reasons,

THE COURT HEREBY MAKES THE FOLLOWING ORDER:

The dismissal of this action is fair and appropriate due to the Plaintiff's failure to respond to discovery and/or failure to prosecute this action. The Joint Stipulation for Dismissal filed by the Parties' Counsel is hereby approved. This case is dismissed with prejudice. ~~Additionally, Plaintiff's Counsel is hereby granted leave to withdraw as legal counsel of record for the Plaintiff. Plaintiff's Counsel shall immediately mail notice of this Order to the Plaintiff's last-known address.~~

IT IS SO ORDERED.

Dated: 5-26-2015

HON. MANUEL L. REAL
United States District Judge

---

[2] Plaintiff FRANK AMADOR is the first-named officer in the caption of the Complaint filed in this action.

929245.1 LO160-068

2

[Proposed] Order re Joint Stipulation for Dismissal for Plaintiff Frank Amador and Request for Court Approval